UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:22CR33(OAW) |
| | : | |
| v. | : | |
| | : | |
| JOHN TRASACCO | : | October 27, 2022 |

## GOVERNMENT'S MOTION FOR A *FRYE* HEARING

The United States hereby respectfully moves the Court to schedule a hearing to canvas the defendant and his counsel pursuant to *Missouri v. Frye*, 566 U.S. 134 (2012).

On February 16, 2022, a grand jury sitting in the District of Connecticut returned an indictment charging the defendant with one count of conspiracy to commit wire fraud and one count of wire fraud. Jury selection is scheduled for November 17, 2022. The Government presented the defendant with a written plea agreement. The Government now requests that a *Frye* hearing be scheduled as soon as the Court has an available date.

WHEREFORE, the Government respectfully requests that the Court grant the motion.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No20451
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s
RAY MILLER
ASSISTANT UNITED STATES ATTORNEY