UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:22-CR-33 (OAW) |
| : | |
| JOHN TRASACCO : | |

## ORDER

On December 2, 2022, after completion of the jury trial in the instant matter (and after court adjourned and the court reporter was excused), defense counsel expressed disagreement and concern over the government retaining possession of the exhibits it had introduced during trial. The court intervened and, pending formal, written objection (filed to the docket, together with legal authority in support of any such objection) offered to store both parties' trial exhibits in the undersigned's chambers. In order to avoid concerns regarding the chain of custody, the court invited counsel for both parties to follow the undersigned from the courtroom to chambers. While counsel for both parties agreed, only the government walked with the undersigned to chambers.

The court's Local Rules provide, in relevant part, as follows:

**(c) Custody of Exhibits After Trial**
. . . unless the Court otherwise directs, exhibits shall not be filed with the clerk, but shall be retained in the custody of the parties who produce them in court. The parties shall retain these exhibits until final determination of the action, including the date when the mandate of the final reviewing court has been filed or until the time for appeal has expired.
**(d) Disposition of Exhibits in the Custody of the Clerk**
The offering party shall make arrangements for the return of those exhibits remaining with the Clerk within ninety days after final determination of the action. Exhibits not claimed may be destroyed by the Clerk, without notice.

D. Conn. L. Civ. R. 83.6 (c) and (d).[1]

---

[1] This civil rule is applied to criminal cases via D. Conn. L. Cr. R. 1 (c).

2

      To date, defense counsel has neither filed a formal objection nor cited relevant legal authority.  If the defense wishes to object to the government's exhibits being returned for post-trial retention pursuant to Local Rule 83.6 (or to ask the court to issue any preservation order as to the government and its agents), it is instructed to do so (with legal support therefor) before 5:00 P.M. on Thursday, December 8, 2022.  Otherwise, the court will order the exhibits released to the parties.

      **IT IS SO ORDERED** at Hartford, Connecticut, this 7th day of December, 2022.

                                                       /s/
                                    Omar A. Williams
                                    United States District Judge